**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.896.0681 direct
magomez@sheppardmullin.com

November 5, 2025

**VIA ECF**

Hon. Georgette Castner
United States District Judge
United States District Court
for the District of New Jersey
402 East State Street
Trenton, NJ 08608

Re:   *Willis Americas Administration Inc., et ano v. Lombardo, et ano.*
      No. 25-CV-16217-GV-RLS

Dear Judge Castner:

We represent Defendant Howden US Services, LLC ("Howden"). We write on behalf of all Parties to request an extension of the deadline for Howden and Defendant Danielle Lombardo ("Ms. Lombardo") to answer, move against, or otherwise respond to the Complaint filed by Plaintiffs Willis Americas Administration, Inc. and Willis Towers Watson Northeast, Inc. (together, "WTW").

The Complaint was filed on October 2, 2025 and served on Howden and Ms. Lombardo on October 3 and 4, 2025, respectively. Howden's response was due on October 24, 2025 and Ms. Lombardo's response was due on October 25, 2025.

Counsel to WTW consented to an extension of these deadlines for both Howden and Ms. Lombardo to November 13, 2025. Our office inadvertently failed to timely file an application for a Clerk's Order memorializing the Parties' agreement to this extension. Accordingly, the Parties respectfully request that the Court set November 13, 2025 as the date for any response to the Complaint.

We thank the Court for its consideration of this issue. Should the Court have any questions, please do not hesitate to contact us.

Respectfully submitted,

/s/ Maria Gomez

Maria Gomez
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   All Counsel of Record