UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: NOVEMBER 6, 2025**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: KIMBERLY WILSON**

**TITLE OF CASE:**  **CIV. NO. 3:25-16217 (GC)(RLS)**
WILLIS AMERICAS ADMINISTRATION, INC. et al
v.
DANIELLE LOMBARDO, et al.

**APPEARANCES:**
Gary Eidelman, Esq., and Eric Pramschufer, for Plaintiffs
Bruce Ewing, Esq., Edward Magarian, Esq., John Sullivan, Esq., Brian Murphy, Esq., and Maria Gomez. Esq., for Defendants

**NATURE OF PROCEEDINGS: ORAL ARGUMENT ON TRO MOTION (ECF NO. 4)**
Oral argument on Motion for Temporary Restraining Order (ECF No. 4) held.
Order to Issue.

| | |
|---|---|
| **TIME COMMENCED:** | 1:39 p.m. |
| **TIME ADJOURNED:** | 3:24 p.m. |
| **TOTAL TIME:** | 1 hour 45 minutes |

s/ *Jamie Quinn*
**Deputy Clerk**