UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIS AMERICAS ADMINISTRATION, INC., *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>DANIELLE LOMBARDO, *et al.*,<br><br>                Defendants. | Civil Action No. 25-16217 (GC) (RLS)<br><br>**ORDER** |

**THIS MATTER** comes before the Court following the November 6, 2025 oral argument on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 4). For the reasons set forth on the record during oral argument, and for other good cause shown,

**IT IS** on this 6th day of November, 2025 **ORDERED** as follows:

1. By no later than November 20, 2025, the parties shall submit a joint status update regarding their progress towards an agreement to an injunction or a resolution of this matter.

2. The Consent Order entered by the Court on October 29, 2025 (ECF No. 38) shall remain in effect pending further order of the Court.

3. All other filings and deadlines are stayed pending further order of the Court.

                                                        */s/ Georgette Castner*
                                                        GEORGETTE CASTNER
                                                        UNITED STATES DISTRICT JUDGE