

Erik P. Pramschufer
Phone: (212) 980-7216
Fax: (212) 980-7291
erik.pramschufer@saul.com
www.saul.com

November 20, 2025

**VIA ECF**

Hon. Georgette Castner, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

It is so ordered this 21st day of November, 2025

*/s/ Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.

RE: **Willis Americas Administration, Inc., et al. v. Lombardo, et al.
Case No. 3:25-cv-16217-GC-RLS
Joint Status Report Regarding Settlement Discussions**

Dear Judge Castner:

This firm represents the Plaintiffs in the above-referenced matter. This communication is being sent on behalf of and with the consent of all parties.

Further to the Court's November 7, 2025 Order (DE 45), the Parties provide this joint status update. While no final settlement has been reached at this time, the Parties continue their good faith efforts to negotiate a resolution of this matter. With the Court's consent, the Parties intend to provide a follow-up status report to the Court as to their progress towards settlement on or before Monday, December 1, 2025. In the event that the matter is resolved prior to that time, we will immediately notify the Court.

The Parties further request the provisions of the November 7, 2025 Order remain in effect.

Thank you for your continued attention to this matter.

Respectfully submitted,

*/s/ Erik P. Pramschufer*

Erik P. Pramschufer

cc: All counsel of record (via ECF)

Harbor East ♦ 1001 Fleet Street, 9th Floor ♦ Baltimore, MD 21202-4359
Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

56762210.3