

Mark Nehme  
Phone: (973) 286-6751  
mark.nehme@saul.com  
www.saul.com

December 1, 2025

*Via ECF*
Hon. Georgette Castner, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

> RE: **Willis Americas Administration, Inc., et al. v. Lombardo, et al.**
> Case No. 3:25-cv-16217-GC-RLS
> Joint Status Report Regarding Settlement Discussions

Dear Judge Castner:

This firm represents the Plaintiffs in the above-referenced matter. This communication is being sent on behalf of and with the consent of all parties.

Pursuant to the Court's November 21, 2025 Order (DE 48), the Parties provide this joint status update. While no final settlement has been reached at this time, the Parties have made progress towards settlement and continue their good faith efforts to negotiate a resolution of this matter. With the Court's consent, the Parties intend to provide a follow-up status report to the Court as to their progress towards settlement on or before Monday, December 8, 2025. In the event that the matter is resolved prior to that time, we will immediately notify the Court.

The Parties further request the provisions of the November 7, 2025 Order remain in effect.

Thank you for your continued attention to this matter.

Respectfully submitted,

*Mark A. Nehme*

Mark Nehme

cc: All counsel of record (via ECF)

Stephen B. Genzer – Newark Managing Partner
One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

56842989.1