

Mark Nehme
Phone: (973) 286-6751
mark.nehme@saul.com
www.saul.com

December 1, 2025

*Via ECF*
Hon. Georgette Castner, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

> RE: **Willis Americas Administration, Inc., et al. v. Lombardo, et al.**
> **Case No. 3:25-cv-16217-GC-RLS**
> **Joint Status Report Regarding Settlement Discussions**

Dear Judge Castner:

This firm represents the Plaintiffs in the above-referenced matter. This communication is being sent on behalf of and with the consent of all parties.

Pursuant to the Court's November 21, 2025 Order (DE 48), the Parties provide this joint status update. While no final settlement has been reached at this time, the Parties have made progress towards settlement and continue their good faith efforts to negotiate a resolution of this matter. With the Court's consent, the Parties intend to provide a follow-up status report to the Court as to their progress towards settlement on or before Monday, December 8, 2025. In the event that the matter is resolved prior to that time, we will immediately notify the Court.

The Parties further request the provisions of the November 7, 2025 Order remain in effect.

Thank you for your continued attention to this matter.

Respectfully submitted,

*Mark A. Nehme*

Mark Nehme

---

The parties' request is **GRANTED**. Additionally, in light of the parties' ongoing settlement discussions, and pursuant to the Court's authority to manage its docket, *see Penn W. Assocs., Inc. v. Cohen*, 371 F.3d 118, 126-29 (3d Cir. 2004), the Clerk's Office is directed to **ADMINISTRATIVELY TERMINATE** this case from the Court's active docket. If the matter is not resolved, the parties may request to have the matter reopened and relisted to the Court's active docket.

It is so ordered this 2nd day of December, 2025.

*Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.