**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.896.0681 direct
magomez@sheppardmullin.com

December 8, 2025

**VIA ECF**

Hon. Georgette Castner
United States District Judge
Clarkson S. Fisher Federal Building &
U.S. Courthouse
402 East State Street,
Trenton, NJ 08608

Re:  *Willis Americas Administration, Inc. et al. v. Lombardo et al.*
     Case No. 3:25-cv-16217-GC-RLS

Dear Judge Castner:

This firm represents the Howden Defendant in the above-referenced matter. This communication is being sent on behalf of and with the consent of all parties.

Pursuant to the Court's letter Order granting the parties' request to provide a follow-up status report on or before December 8, 2025 (Order (DE51), the Parties provide this joint status update. The parties are very close to a global resolution. We understand that the case has been administratively terminated from the Court's active docket, but with the Court's permission, the parties intend to provide a follow-up (if not final) status report to the Court as to their progress towards settlement on or before Monday, December 15, 2025. Of course, in the event that the matter is resolved prior to that time, we will immediately notify the Court.

Thank you for your continued attention to this matter.

.

Respectfully submitted,

/s/ Maria A. Gomez

Maria A. Gomez
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:  All Counsel of Record

It is so ordered this 10th day of December, 2025

*/s/ Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.