

Erik P. Pramschufer
Phone: (212) 980-7216
Fax: (212) 980-7291
erik.pramschufer@saul.com
www.saul.com

December 16, 2025

**VIA ECF**

Hon. Georgette Castner, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

   RE: **Willis Americas Administration, Inc., et al. v. Lombardo, et al.**
      **Case No. 3:25-cv-16217-GC-RLS**
      **Joint Status Report Regarding Settlement**

Dear Judge Castner:

  This firm represents the Plaintiffs in the above-referenced matter. This communication is being sent on behalf of and with the consent of all parties.

  The parties are pleased to report that they have reached a resolution in principle, subject to the preparation and execution of a written settlement agreement. The parties will file a stipulation of dismissal at the appropriate time consistent with their agreement. To the extent this settlement fails or any party believes this case should be reinstated to the Court's active docket, they will file an appropriate motion.

  Thank you for your continued attention to this matter.

               Respectfully submitted,

               */s/ Erik P. Pramschufer*

               Erik P. Pramschufer

cc: All counsel of record (via ECF)

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY 10020 ◆ Phone: 212) 980-7200

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP