UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIS AMERICAS ADMINISTRATION, INC. and WILLIS TOWERS WATSON NORTHEAST, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DANIELLE LOMBARDO and HOWDEN US SERVICES, LLC,<br><br>Defendants. | Case No. 3:25-cv-16217-GC-RLS<br><br>CIVIL ACTION<br><br>**Document Filed Electronically** |

Plaintiffs Americas Administration, Inc. and Willis Towers Watson Northeast, Inc. ("Plaintiffs"), and Defendants Danielle Lombardo and Howden US Services, LLC (Defendants"), through all counsel signed below who have appeared for the parties in this matter, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all claims alleged in this action by Plaintiffs against Defendants are hereby dismissed WITH PREJUDICE.

Plaintiffs and Defendants further stipulate that they shall each bear their own costs and fees.

Dated:  January 28, 2026                                                Respectfully submitted,

| | |
|---|---|
| **SAUL EWING LLP**<br>*Counsel for Plaintiffs*<br><br>By: */s/ Erik P. Pramschufer*<br>Erik P. Pramschufer<br>Gary B. Eidelman (*pro hac vice*)<br>Mark Nehme | **DORSEY & WHITNEY LLP**<br>*Counsel for Defendant Lombardo*<br><br>By: */s/ Edward Magarian (with permission)*<br>Bruce R. Ewing<br>Edward Magarian (*pro hac vice*)<br>Jack Sullivan (*pro hac vice*) |

                                       **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
*Counsel for Defendant Howden US Services, LLC*

By: */s/ Maria A. Gomez (with permission)*
Maria Alejandra Gomez
Brian D. Murphy (*pro hac vice*)

IT IS SO ORDERED THIS ____ DAY OF _____, 2026.


                                       _____
                                       HON. GEORGETTE CASTNER
                                       United States District Judge